# UNITED STATES DISTRICT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 21-mj-00686 |
| | ) | |
| **LUCAS DENNEY,** | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Admission *Pro Hac Vice* of William L. Shipley, Law Office of William L. Shipley & Associates, it is hereby ORDERED that the Motion is GRANTED.  William L. Shipley is admitted *pro hac vice* and may appear on behalf of Defendant Lucas Denney in the above-captioned matter.

Dated:_____, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District Judge