UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 21-mj-00686 |
| | ) | |
| **LUCAS DENNEY,** | ) | |
| | ) | **NOTICE OF ERRATA** |
| Defendant. | ) | |

The Defendant Lucas Denny ("Defendant") respectfully submits this Notice of Errata, to its Motion for Admission *Pro Hac Vice* of William L. Shipley, which was filed on March 2, 2022, as Docket No. 17, in order to correct an inadvertent omission. Due to an oversight, the declaration of William L. Shipley did not include an original, ink signature which is required by this Court. A corrected declaration of William L. Shipley, with an original ink signature is attached hereto as this and incorporated herein by reference. Plaintiff apologizes for this error.

Dated: March 2, 2022        /s/ John M. Pierce
                            John M. Pierce
                            21550 Oxnard Street
                            3d Floor, PMB#172
                            Woodland Hills, CA 91367
                            Tel: (213) 279-7846
                            Email: jpierce@johnpiercelaw.com

                            *Attorneys for Defendant Lucas Denney*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 18, 2021, this motion and the accompany declaration was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ John M. Pierce
John M. Pierce