# U.S. District Court [LIVE]
# Western District of Texas (Del Rio)
# CRIMINAL DOCKET FOR CASE #: 2:21-mj-02264-CW All Defendants

| | |
|---|---|
| Case title: USA v. Denney | Date Filed: 12/14/2021 |

Assigned to: Judge Collis White

**Defendant (1)**

| | | |
|---|---|---|
| **Lucas Denney** | represented by | **Juan Neri , III**<br>Office of Federal Public Defender<br>Del Rio<br>2205 Veterans Blvd., Suite A-2<br>Del Rio, TX 78840-3141<br>(830) 703-2040<br>Fax: (830) 703-2047<br>Email: juan_neri@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18 USC 111 and (b) Assaulting, Resisting, or Impeding Certain Officers with a Deadly or Dangerous weapong | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **James T. Ward**<br>U.S. Attorney's Office<br>111 E. Broadway, Room A300<br>Del Rio, TX 78840<br>830-703-2025 |

Email: james.ward2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/14/2021 | | Attorney James T. Ward for USA added (mgc) (Entered: 12/14/2021) |
| 12/14/2021 | 1 | Arrest (Rule 5/Rule 32.1) of Lucas Denney (mgc) (Entered: 12/14/2021) |
| 12/14/2021 | 2 | Proceedings held before Judge Collis White:VIDEO Initial Appearance in Rule 5(c)(3)/ Rule 32.1 Proceedings as to Lucas Denney held on 12/14/2021 (Court Reporter FTR GOLD- MG CIENEGA.) (mgc) (Entered: 12/17/2021) |
| 12/14/2021 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Lucas Denney Juan Neri, III for Lucas Denney appointed.. Signed by Judge Collis White. (mgc) (Entered: 12/17/2021) |
| 12/14/2021 | 4 | ORDER SETTING as to Lucas Denney, ( Detention Hearing AND Removal Hearing set for 12/17/2021 02:00 PM before Judge Collis White,). Signed by Judge Collis White. (mgc) (Entered: 12/17/2021) |
| 12/17/2021 | 5 | Proceedings held before Judge Collis White:Removal Hearing AND Detention Hearing as to Lucas Denney held on 12/17/2021 Ordered Removed; Detention Ordered. (Court Reporter FTR GOLD- MG CIENEGA.) (mgc) (Entered: 12/17/2021) |
| 12/17/2021 | | ORAL MOTION to Detain Defendant without Bond by USA as to Lucas Denney. (mgc) (Entered: 12/17/2021) |
| 12/17/2021 | | ORAL MOTION for Bond by Lucas Denney. (mgc) (Entered: 12/17/2021) |
| 12/17/2021 | 7 | ORDER OF REMOVAL as to Lucas Denney RETURNED EXECUTED BY USMS ON 12/17/2021. Signed by Judge Collis White. (ss) (Entered: 12/20/2021) |
| 12/18/2021 | 6 | ORDER GRANTING ORAL Motion to Detain Defendant without Bond. Bond set to NO BOND as to Lucas Denney (1); DENYING ORAL Motion for Bond as to Lucas Denney (1). Signed by Judge Collis White. (ss) (Main Document 6 replaced on 12/20/2021) (ss). (Entered: 12/20/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/04/2022 09:50:19 | | | |
| **PACER Login:** | benetkearney:4493858:4299065 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:21-mj-02264-CW |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |