## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No. DR-21-M-2264-(1)-CW |
| | § | |
| Lucas Daniel Denney, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF REMOVAL AND DETENTION

In accordance with the Bail Reform Act of 1984, 18 U.S.C. 3142(f), and Rule 5(c)(2) of the Federal Rules of Criminal Procedure, a detention hearing was held in conjunction with a removal hearing on December 17, 2021. Defendant was charged by criminal complaint in the District of Columbia but arrested in the Western District of Texas. Although it is anticipated by the undersigned that a formal Rule 5.1 preliminary hearing will be held in that charging district within the required fourteen days, for the purposes of the Bail Reform Act the Court concludes that there is sufficient probable cause to believe Defendant committed at least one of the charges enumerated in the aforementioned criminal complaint filed on December 7, 2021. The Court also finds that the following facts require the detention and removal of Defendant to the District of Columbia.

## I.
## FINDINGS OF FACT

Credible information in the form of the testimony of Special Agent James Farris of the Federal Bureau of Investigations establishes that there is probable cause to believe Defendant committed - at the very least - a violation of 18 U.S.C. §

231(a)(3) as described in the complaint. Defendant was a participant in the occupation of the United States Capital on January 6, 2021.

## II.
## REMOVAL

For the purposes of removal to the District of Columbia, Special Agent Farris made an in-court identification of Defendant as the second individual named in the complaint. Furthermore, he testified that the complaint and affidavit were legitimate documents sworn to and signed by him electronically.

## III.
## DETENTION

With respect to detention, the Government met its burden of persuasion through the testimony of Special Agent Farris who testified to the facts alleged in his sworn affidavit supporting the aforementioned complaint. Defendant was arrested on an arrest warrant in the Western District of Texas on December 13, 2021. As noted above, the Court finds probable cause that at the very least, Defendant violated 18 U.S.C. § 231(a)(3) by attempting to impede officers of the Capitol Police from engaging in the lawful performance of their official duties during a time of civil disorder. And pursuant to 18 U.S.C. § 3142(f)(2)(B), the Court also finds by clear and convincing evidence that Defendant poses a serious risk that he will further attempt to obstruct justice or attempt to threaten, injure, or intimidate prospective witnesses and that he thereby poses a danger to others. Accordingly, the Court hereby **ORDERS** that Defendant be **DETAINED** without bond pending trial or further orders in the District of Columbia.

# IV.
## DIRECTIONS REGARDING DETENTION

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of any Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

A separate **Order of Removal** has been signed and entered on December 17, 2021.

**SIGNED** and **ENTERED** on December 20, 2021.

_____

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE