| | |
|---|---|
| **From:** | Rozzoni, Jennifer M. (USADC) |
| **To:** | Rozzoni, Jennifer M. (USADC) |
| **Subject:** | FW: Notice of Arrival 1/31/2022 |
| **Date:** | Thursday, March 3, 2022 2:36:32 PM |

**From:** Oglesby, Elizabeth (USMS) <EOglesby@usms.doj.gov>
**Sent:** Tuesday, February 1, 2022 4:53 PM
**To:** Philip Tran <Philip_Tran@dcd.uscourts.gov>; Haywood, Derek (USMS) <DHaywood@usms.doj.gov>; Kymberly Kay <Kymberly_Kay@dcd.uscourts.gov>; Tiffany Lavigne-Rhodes <Tiffany_Lavigne-Rhodes@dcd.uscourts.gov>; Teresa Gumiel <Teresa_Gumiel@dcd.uscourts.gov>; Smith, Kelly (USADC) <KSmith15@usa.doj.gov>; takeysha.robinson_psa.gov <takeysha.robinson@psa.gov>; Yette, Frederick (USADC) <FYette@usa.doj.gov>
**Cc:** DCD-PC <DCD-PC@usms.doj.gov>; DCDwarrants (USMS) <UDCDwarrants@usms.doj.gov>; Butler, Tyrone (USMS) <TButler1@usms.doj.gov>; Clerkttong (USMS) <UClerkttong@usms.doj.gov>; Caldwell, Steven (USMS) <SCaldwell@usms.doj.gov>; Alford, Roderick (USMS) <RAlford@usms.doj.gov>
**Subject:** Notice of Arrival 1/31/2022

Good afternoon,

The following inmates have arrived in district and is being housed in Northern Neck Regional Jail.

Denny, Lucas      78422-509
Hebron, Devron  29608-016
Boughner, Tim    77714-509
Courson, Mason  78637-509

Thank you,

Elizabeth F. Oglesby
Deputy US Marshal
U.S. Marshals Service District of Columbia – District Court
333 Constitution Ave., NW, Washington, D.C. 20001
(703) 343-3917